IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONALD J. CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-cv-00551 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Brown |
| FRANK PEREZ; MICHAEL R. SAPP; ) | |
| MARTIN ZORN; and ) | |
| CHARLES ROGERS, ) | |
| ) | JURY DEMAND |
| Defendants. ) | |

## ORDER

The parties to this action have filed a Joint Stipulation of Dismissal with Prejudice, stipulating—pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)—to the voluntary dismissal with prejudice of the action, with each party to bear its own costs and fees. (Doc. No. 82.) Accordingly, this action is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk to close this case.

It is so ORDERED.

Entered this the 28th day of March, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT